# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORY SPORTS & ENTERTAINMENT, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>JOSE PEDRAZA, et al.,<br><br>Defendant(s). | Case No.: 2:19-cv-00826-APG-NJK<br><br>**Order**<br><br>(Docket No. 8) |

Pending before the Court is Plaintiff's motion to seal its complaint. Docket No. 8. The motion is woefully deficient, and is hereby **DENIED** without prejudice. As a courtesy to Plaintiff, however, the Court **INSTRUCTS** the Clerk's Office to seal the complaint on an interim basis and Plaintiff shall file a renewed motion to seal the complaint by June 7, 2019, in compliance with the below requirements. **Failure to file that motion will result in the Court unsealing the complaint.**

First, the renewed motion must identify the correct standard that governs this request. *See Billman Prop., LLC v. Bank of America, N.A.*, 2015 WL 575926, at *1 (D. Nev. Feb. 11, 2015) (collecting cases regarding requests to seal the complaint or material attached to the complaint).

Second, the renewed motion must provide meaningful discussion—supported by declaration—explaining why that standard has been met here. Such meaningful discussion is absent in the present motion, which asserts without specificity that there is certain proprietary

1

information in the complaint and then relies solely on an inapplicable rule governing redactions to personal identifying information.  *See* Docket No. 8 at 2.[1]

IT IS SO ORDERED.

Dated: May 30, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Attorney Jacquelyn Franco is **CAUTIONED** for submitted a misleading quotation.  The motion states that:

> Pursuant to LR IC 6-1, "Parties must refrain from including – or must partially redact, where inclusion is necessary – [ ] personal-data identifies [sic] from all documents filed with the court, including exhibits, whether filed electronically or in paper, unless the court orders otherwise."

Docket No. 8 at 2.  In quoting this rule, counsel used brackets to omit the words "the following." With those words not omitted, it is clear that the rule applies only to social security numbers, names of minor children, dates of birth, financial account numbers, home addresses, and tax identification numbers.  *See* Local Rule IC 6-1(a).  A company's proprietary information is not one of the enumerated categories of information for which redaction is required by the rule.  Counsel is expected to candidly present legal authority moving forward.

2