UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORY SPORTS & ENTERTAINMENT, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>JOSE PEDRAZA, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-00826-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the plaintiff's response to the order to show cause,

IT IS ORDERED that the order to show cause (ECF No. 7) is deemed satisfied, and I will not dismiss for lack of subject matter jurisdiction at this time.

DATED this 3rd day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE