Edgar Carranza, Esq.
Nevada State Bar No. 5902
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555 telephone
(702) 872-5545 facsimile
ecarranza@backuslaw.com

Attorneys for Plaintiff
VICTORY SPORTS & ENTERTAINMET, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORY SPORTS & ENTERTAINMET, LLC, | **Case No. 2:19-cv-00826-APG-NJK** |
| Plaintiffs, | |
| vs. | |
| JOSE PEDRAZA, an individual; LUIS ESPADA, an individual; TOP RANK, INC., a Nevada corporation; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, | |
| Defendants. | |

## JUDGMENT

Before the Court is a Joint Stipulation for Entry of Judgment (the "Stipulation") filed by all the parties in this action. Docket No. 26. The Court, having received and reviewed said Stipulation and the "Confidential Settlement and Release Agreement" filed by the parties (the "Agreement"), filed under seal, in connection therewith, hereby enters Judgment incorporating in full the terms of the Agreement, as if fully transcribed herein, and dismissing this action, with prejudice. Each party shall bear their own attorneys' fees and costs.

As per the terms of the Agreement incorporated into this Judgment, the Court shall retain Jurisdiction to enforce the terms of the Agreement freely and voluntarily entered into by the parties. The parties may certify the Judgment entered by this Court in any District Court in order to achieve its intended effect or enforce its terms. As agreed by the parties, this Judgment shall be final and unappealable immediately upon its entry.

IT IS SO ORDERED AND ADJUDGED.

Dated this 1st day of October, 2019.

HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE