# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORY SPORTS & ENTERTAINMENT, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>JOSE PEDRAZA, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-00826-APG-NJK<br><br>**Order Granting in Part Motion to File Under Seal**<br><br>[ECF No. 30] |

Plaintiff Victory Sports & Entertainment, LLC moves for permission to file under seal a motion for writ of execution. ECF No. 30. Victory contends that the motion will require disclosure of the underlying settlement amount, which is subject to confidentiality provisions in the settlement agreement between the parties.

Court filings are presumed open to the public. I may allow documents to be filed under seal upon a particularized showing of good cause for preserving the secrecy of information. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Here, the only confidential information mentioned by Victory is the settlement amount. That small bit of information can easily be redacted from the motion and related papers. I see no need to seal the entire motion and supporting affidavit.

I THEREFORE ORDER that the plaintiff's motion to file under seal **(ECF No. 30) is granted in part.** The plaintiff may file its motion for writ of execution and supporting

/ / / /

/ / / /

/ / / /

documents in the public record, unsealed, but redacting information that the plaintiff believes in good faith is confidential. The plaintiff will also file an unredacted version of those papers under seal.

DATED this 26th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE